Peter C. Wetherall, Esq.
Nevada Bar #4414
pwetherall@wetherallgroup.com
WETHERALL GROUP, LTD.
9345 West Sunset Road, Suite #100
Las Vegas, Nevada 89148
Ph. (702) 838-8500
Fax (702) 837-5081
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| WILLIAM JOSEPH GIAMBRA, et al.<br><br>Plaintiff,<br>vs.<br><br>C.R. BARD INCORPORATED, et al.<br>Defendants. | Case No.: 2:19-cv-01580-APG-BNW<br><br>**STIPULATION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' COMBINED MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS WITH PREJUDICE PURSUANT TO F.R.C.P. 25(a)(1) and 41(b)**<br>**[First Request]**<br>**ORDER** |

Comes now, Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants") and Plaintiffs William Joseph Giambra and William Joseph Giambra, Jr. ("Plaintiffs"), by and through their undersigned counsel of record, pursuant to LR IA 6-1, and hereby stipulate that Plaintiffs' time to respond to Defendants' Combined Motion and Memorandum of Law in Support of Motion to Dismiss With Prejudice Pursuant to F.R.C.P. 25(a)(1) and 41(b), filed on July 8, 2020, be extended to and through Thursday, August 6, 2020.

/ / / /

/ / / /

/ / / /

This stipulation is entered into as a result of complications and difficulties related to the current national emergency caused by the spread of COVID-19, and the undersigned counsel for Plaintiffs' recent retention in this case.

**IT IS SO STIPULATED.**

DATED: this 23rd day of July, 2020.

**WETHERALL GROUP, LTD.**

By: /s/ Peter C. Wetherall
Peter C. Wetherall, Esq.
9345 West Sunset Road, Suite 100
Las Vegas, NV 89148
Tel: (702) 838-8500
pwetherall@wetherallgroup.com
*Attorneys for Plaintiff*

DATED: this 23rd day of July, 2020.

**GREENBERG TRAURIG, LLP**

By: /s/ Eric W. Swanis
ERIC W. SWANIS, ESQ.
swanise@gtlaw.com
Nevada Bar No. 6840
10845 Griffith Peak Drive, Ste. 600
Las Vegas, Nevada 89135

CASEY SHPALL, ESQ.*
shpallc@gtlaw.com
GREGORY R. TAN, ESQ.*
tangr@gtlaw.com
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
*Admitted Pro Hac Vice*

*Counsel for Defendants*

**ORDER**

IT IS SO ORDERED.

Dated: July 24, 2020.

_____
UNITED STATES DISTRICT JUDGE