ERIC W. SWANIS, ESQ.
Nevada Bar No. 006840
GLENN F. MEIER, ESQ.
Nevada Bar No. 006059
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email:    swanise@gtlaw.com
          meierg@gtlaw.com

CASEY SHPALL, ESQ.
*Admitted Pro Hac Vice*
GREGORY R. TAN, ESQ.
*Admitted Pro Hac Vice*
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado  80202
Telephone:  303) 572-6500
Email:  shpallc@gtlaw.com
        tangr@gtlaw.com
*Counsel for Defendants*

# FOR THE DISTRICT OF NEVADA

# IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| WILLIAM JOSEPH GIAMBRA,<br><br>  Plaintiff,<br><br>  v.<br><br>C. R. BARD, INCORPORATED and BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>  Defendants. | CASE NO.: 2:19-cv-01580-APG-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY AND PRETRIAL DEADLINES** |

Plaintiffs William Joseph Giambra and William Joseph Giambra, Jr. ("Plaintiffs") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants" and collectively with Plaintiff, the "Parties"), pursuant to Fed. R. Civ. P. 26(c) and (d) and LR IA 6-2, respectfully request that this Court temporarily stay discovery and pretrial deadlines until the Court rules on the

- 1 -

Defendants' pending motion to dismiss filed on July 8, 2020. [Dkt. 50.] Plaintiffs filed their response on August 6, 2020 [Dkt. 55] and Defendants replied on August 13, 2020 [Dkt. 56]. In further support thereof, the Parties state as follows:

1. A district court has broad discretion over pretrial discovery rulings. *Crawford-El v. Britton*, 523 U.S. 574, 598 (1998); *accord, Republic of Ecuador v. Hinchee*, 741 F.3d 1185, 1188-89 (11th Cir. 2013); *Thermal Design, Inc. v. Am. Soc'y of Heating, Refrigerating & Air-Conditioning Engineers, Inc.*, 755 F.3d 832, 837 (7th Cir. 2014); *see also, Cook v. Kartridg Pak Co.*, 840 F.2d 602, 604 (8th Cir. 1988) ("A district court must be free to use and control pretrial procedure in furtherance of the orderly administration of justice.").

2. Under Federal Rules of Civil Procedure 26(c) and 26(d), a court may limit the scope of discovery or control its sequence. *Britton*, 523 U.S. at 598. *See also, Wichita Falls Office Assocs. v. Banc One Corp.*, 978 F.2d 915, 918 (5th Cir. 1993) (finding that a "trial judge's decision to curtail discovery is granted great deference.").

3. In order to conserve both the Court's and the Parties' resources, the Parties request the Court stay discovery and all pretrial deadlines until the Court rules on the Defendants' pending motion to dismiss.

4. The Parties agree that the relief sought herein is necessary to handle the case in the most economical fashion yet allow sufficient time to schedule and complete discovery if necessary, consistent with the scheduling obligations of counsel. The relief sought in this Motion is not being requested for delay, but so that justice may be done.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 2 -

ACTIVE 54162674v1

For the foregoing reasons, the Parties request the Court grant a stay of discovery and pretrial deadlines until the Court rules on Defendants' motion to dismiss.

IT IS SO STIPULATED.

Respectfully submitted this 9th day of December 2020.

| **WETHERALL GROUP, LTD.** | **GREENBERG TRAURIG, LLP** |
|---|---|
| By: /s/ Peter C. Wetherall<br>　　Peter C. Wetherall, Esq.<br>　　9345 West Sunset Road, Suite 100<br>　　Las Vegas, NV 89148<br>　　Tel: (702) 838-8500<br>　　pwetherall@wetherallgroup.com<br>　　*Attorneys for Plaintiff* | By: /s/ Eric W. Swanis<br>　　ERIC W. SWANIS, ESQ.<br>　　swanise@gtlaw.com<br>　　Nevada Bar No. 6840<br>　　10845 Griffith Peak Drive, Ste. 600<br>　　Las Vegas, Nevada 89135<br>　　CASEY SHPALL, ESQ.*<br>　　shpallc@gtlaw.com<br>　　GREGORY R. TAN, ESQ.*<br>　　tangr@gtlaw.com<br>　　GREENBERG TRAURIG, LLP<br>　　1144 15th Street, Suite 3300<br>　　Denver, Colorado 80202<br>　　Telephone: (303) 572-6500<br>　　*Admitted Pro Hac Vice<br>　　*Counsel for Defendants* |

## ORDER

The parties' stipulation is GRANTED.  IT IS FURTHER ORDERED the parties must file a proposed discovery plan and scheduling order within 14 days after the district judge's ruling on motion to dismiss, unless the case is dismissed with prejudice or dismissed without prejudice and the plaintiff does not intend to file an amended complaint.

**IT IS SO ORDERED**

**DATED:** 2:58 pm, December 11, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

- 3 -

ACTIVE 54162674v1